UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED RABIE MOHAMED AWWAD NASSER,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondent. | CASE NO. 2:26-cv-01304-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Petitioner's motion to appoint counsel, Dkt. # 2, is GRANTED.  IT IS ORDERED that Assistant Federal Public Defender Dennis Carroll is appointed to represent Petitioner.

(2) Petitioner's application to proceed in forma pauperis, Dkt. # 3, is GRANTED.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 17th day of April 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1